CONTINENTAL DIAMOND MINES, INC., Respondent, v. ROSLYN KOPP et al., as Executors of MORRIS KOPP, Deceased, Appellants.

Concur — Stevens, J. P., Eager, Capozzoli, and McGivern, JJ.; Steuer, J., concurs in the following memorandum: In addition to the foregoing, the record is replete with irregularities. and improprieties. While no one of these was in itself sufficient to mandate reversal, in the aggre-

gate they reflect such an appeal to prejudice that the interests of justice would best be served by a new trial.